Dismissed and Memorandum Opinion filed September 7, 2006








Dismissed
and Memorandum Opinion filed September 7, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00678-CR

____________

 

RAYMOND LENNARD ADKINS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

 Harris County, Texas

Trial Court Cause No. 1060920

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to forgery.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on June
30, 2006, to confinement for two years in the Institutional Division of the
Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 7, 2006.

Panel consists of Justices Fowler, Edelman and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b)